```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                      Case No. 18-14452-elf
Michael F. Bilbrough                                        Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2      User: DonnaR              Page 1 of 1        Date Rcvd: Aug 22, 2018
                          Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2018.
db             +Michael F. Bilbrough,   207 Maple Drive,   Nottingham, PA 19362-9745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2018 at the address(es) listed below:
              DANIEL T. MCGRORY    on behalf of Debtor Michael F. Bilbrough dmcgrory@pmrbm.com
              KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Michael F. Bilbrough <br>             Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation <br>             Moving Party <br>     vs. | NO. 18-14452 elf |
| Michael F. Bilbrough <br>             Debtor(s) | |
| Michael H. Kaliner <br>             Trustee | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, it is

**ORDERED**, that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2018 TOYOTA CAMRY, VIN: JTNB11HK5J3044122 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Order entered by default.**

Date: 8/22/18

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**